IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE ANTONIO PEREZ, | ) | No. C 15-1765 JSW (PR) |
| Plaintiff. | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| THE U.A.P.D., et al., | ) | |
| Defendants. | ) | |

On April 20, 2015, Plaintiff, a California prisoner, filed this civil rights action. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed the Court's application to proceed in forma pauperis ("IFP"). Along with the deficiency notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing them, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not pay the filing fee or file a completed IFP application within 28 days. No response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: June 1, 2015

_____
JEFFREY S. WHITE
United States District Judge